IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **QUALITY LEASING CO., INC./QL TITLING TRUST LTD,** § § § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-847-L** |
| § | |
| **NO LIMIT EXPRESS OF TEXAS LLC; DARRYL M. MCGEE; and SHARON COLLINS WASH, individually,** § § § § | |
| § | |
| Defendants. § | |

## DEFAULT JUDGMENT

This default judgment is issued pursuant to the court's memorandum opinion and order of March 2, 2022. Accordingly, it is hereby **ordered, adjudged,** and **decreed** that Plaintiff Quality Leasing Co., Inc./QL Titling Trust Ltd. ("Plaintiff") is entitled to and shall recover against Defendants No Limit Express of Texas LLC, Darryl M. McGee, and Sharon Collins Wash ("Defendants"), jointly and severally, **$87,551.22** in actual damages; postjudgment interest on the total amount of damages **($87,551.22)** at the applicable federal rate of **1.08%** from the date of entry of this judgment; attorney's fees totaling **$2,475**; and allowable and reasonable court costs.

**Signed** this 2nd day of March, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Default Judgment - Solo Page**